UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL R. MOSLEY,<br><br>                     Petitioner<br><br>            v.<br><br>JEFF LYNCH,<br><br>                     Respondent. | Case No. 2:20-cv-03779-RGK (GJS)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order:  Summarily Dismissing Petition; and Denying a Certificate of Appealability,

   IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: May 5, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE